UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
CONRAD MURPHY, et al,             )
                                  )
            Plaintiffs,           )        Civil Action
                                  )        No. 19-12481-PBS
v.                                )
                                  )
CHARLES BAKER, et al,             )
                                  )
            Defendants.           )
                                  )
```

### ORDER OF DISMISSAL

Saris, D.J.

    In accordance with the Court's Order, dated June 22, 2020 (Dkt. No. 30), it is hereby ORDERED, that the above-entitled action is dismissed.


By the Court,

6/22/2020
Date

/s/ Miguel A. Lara
Deputy Clerk